1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| DAVID B. DURAN, | Case No. 15-cv-2745 DMS (WVG) |
| Plaintiff, | **ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| OMAR MANDUJANO ET AL., | |
| Defendants. | |

16      On December 7, 2015, Plaintiff David B. Duran, a state prisoner proceeding

17    *pro se*, filed a complaint under 42 U.S.C. § 1983.  Defendants Omar Mandujano,

18    Alfredo Hernandez, and John Seaman filed their respective Answers on June 8,

19    2016, and Defendant Luis Hernandez filed an Answer on June 15, 2016.

20    Subsequently, Plaintiff filed a first amended complaint ("FAC").[1]  On September 8,

21    2016, Defendants filed a motion to dismiss the FAC for failure to state a claim.  On

22    January 31, 2017, Magistrate Judge William V. Gallo issued a Report and

23

24    [1] On August 2, 2016, Plaintiff filed a Motion for Leave to File an Amended
Complaint in order to add two exhibits. (ECF No. 33.)  The Court granted the motion

25    and ordered Plaintiff to file his FAC by September 2, 2016.  (ECF No. 34.)  On
August 18, 2016, Plaintiff filed a Motion to Amend Document No. 33 by Permission

26    of the Court, requesting the Court to construe his previous motion as his FAC. (ECF
No. 37.)  On August 23, 2016, the Court granted the motion and deemed as FAC the

27

28    complaint and the exhibits filed in the Motion for Leave to File an Amended
Complaint.  (ECF No. 40.)

1   Recommendation ("R&R"), recommending that the Court grant in part with leave to
2   amend and grant in part without leave to amend the FAC.  Plaintiff filed objections
3   to the R&R on February 21, 2017.

4        This Court, having reviewed *de novo* the Magistrate Judge's R&R and the
5   objections thereto, adopts the Magistrate Judge's recommendation and grants
6   Defendant's motion to dismiss.  Plaintiff is granted leave to file a Second Amended
7   Complaint ("SAC") that cures the pleading deficiencies identified in the R&R.  The
8   SAC shall be filed on or before March 31, 2017.

9        **IT IS SO ORDERED.**

10  Dated:  March 1, 2017

11                                     Hon. Dana M. Sabraw
12                                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28