**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID B. DURAN,<br><br>              Plaintiff,<br><br>    v.<br><br>OMAR MANDUJO, et al.,<br><br>              Defendants. | Case No. 15-cv-2745 DMS (WVG)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>**[ECF NOS. 91, 104]** |

On December 7, 2015, Plaintiff David B. Duran, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. On May 19, 2017, Plaintiff filed his Fourth Amended Complaint ("FAC"). On June 2, 2017, Defendants Larry Lewis and Jonta Yancy filed a Motion to Dismiss for Failure to State a Claim. On August 31, 2017, Magistrate Judge William V. Gallo issued a Report and Recommendation ("R&R"), recommending that the Court grant the motion. Plaintiff filed objections to the R&R. Defendants did not file a reply.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the objections thereto, adopts the Magistrate Judge's recommendation and **GRANTS**

1 the Motion to Dismiss for Failure to State a Claim.[1]  The Court finds no basis for a

2 certificate of appealability.  The Clerk of Court shall enter judgment accordingly.

3     **IT IS SO ORDERED.**

4 Dated:  October 11, 2017

5                                                     Hon. Dana M. Sabraw
                                                      United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 [1] The Court notes the claim provision of Cal. Gov. Code § 911.2 is inoperative in an
24 action brought under 42 U.S.C. § 1983, and the fact that Plaintiff did not allege
compliance with that provision is irrelevant to his claim under the Civil Rights Act.
25 *See Williams v. Horvath*, 16 Cal. 3d 834 (Cal. 1976); *Toscano v. Cty. of L.A.*, 92 Cal.
26 App. 3d 775, 784 (Cal. Ct. App. 1979).  Here, Plaintiff expressly pleads only a claim
under § 1983.  To the extent the Magistrate Judge construes the FAC to include a
27 claim for battery or assault, as he does in section IV(B)(v) Statute of Limitations, the
28 Court agrees with the Magistrate Judge's analysis in section IV(B)(iv) California
Government Claims Act.

– 2 –                                    15-cv-2745 DMS (WVG)