UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. DURAN,<br><br>    Plaintiff,<br><br>v.<br><br>OMAR MANDUJO, et al.,<br><br>    Defendants. | Case No. 15-cv-2745 DMS (WVG)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>**[ECF NOS. 94, 102]** |

On December 7, 2015, Plaintiff David B. Duran, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. On May 19, 2017, Plaintiff filed his Fourth Amended Complaint. On June 2, 2017, Defendants Omar Mandujano, Alfredo Hernandez, Luis Hernandez, and John Seaman filed a Motion to Dismiss for Failure to State a Claim. On August 22, 2017, Magistrate Judge William V. Gallo issued a Report and Recommendation ("R&R"), recommending that the Court grant the motion. Plaintiff filed objections to the R&R. Defendants did not file a reply.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the objections thereto, adopts the Magistrate Judge's recommendation in full and **GRANTS** the Motion to Dismiss for Failure to State a Claim. The Court finds no

basis for a certificate of appealability.  The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: October 11, 2017

Hon. Dana M. Sabraw
United States District Judge